# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Ezra R.E. French

v.

(Full name of defendant(s))

Scott Eckstein (Warden)

Alan DeGroot (Institution complaint examiner)

C.O. Princl

Case Number:

_____
(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin, and is located at
   (State)

   2833 Riverside Drive Green Bay, WI 54307
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Scott Eckstein, Alan DeGroot, C.O. Princl
   (Name)

   is (if a person or private corporation) a citizen of Wisconsin
   (State, if known)

Complaint – 1

and (if a person) resides at 2833 Riverside Drive Green Bay, WI 54307
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Department of Corrections
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The plaintiff Ezra French is an inmate at Green Bay Correctional Institution in Green Bay, WI. On 12-21-17 while working on the yard crew C.O. Prinel told inmates French and Stevens to jump inside the recycling bin and smash the cardboard down. Inmate Hecht told C.O. Prinel we're not supposed to be inside of there. C.O. Prinel told us come on first shift would've had it down already. Inmate Stevens and myself got into the bin and did as we were told. On the way out I fell out of the bin and landed on my back. I immediately asked for medical attention and was taken to HSU where they gave me an x-ray and Ibuprofen and 4 days off of work.

Complaint – 2

On 12-31-17 I wrote to I.C.E DeGroot asking for a copy of the incident report. He responded back on 1-2-18 saying that there was no incident report written. But in response to my I.C.E, Mr. DeGroot said that "Inmate French was seen by H.S.U and an incident report was filled out. Also stating that it's reduced to one persons word against another. I am in constant pain and suffering, which I have recieved the minimum medical attention since the incident.

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I am seeking compensation in the amount of 75,000 from the Defendants in their individual and official capacity

E.   JURY DEMAND

   I want a jury to hear my case.

   ☒ – YES      ☐ – NO


I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __23__ day of __February__ 20_18_.

Respectfully Submitted,

_Ezra Frank_
Signature of Plaintiff

_512113_
Plaintiff's Prisoner ID Number

_2833 Riverside Drive Green Bay, WI 54307_

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.